THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MIKE PELLER and ABRAHAM PODINKER, Appellants.

Submitted July 20, 1943; decided July 20, 1943.

Separate motion by each appellant for reargument granted. Reargument set for second week of October, 1943. (See 290 N. Y. 905.)